IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 2 8 2003

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

JOSHUA A. BELLO,

    Plaintiff,

vs.

FLORIDA DEPARTMENT OF REVENUE,

    Defendant.
_____/

Case No.: CS-2001

1:02-cv-1878-AJB

## NOTICE OF CANCELLING DEPOSITION

TO:    **Wanda S. Jackson, Esquire**
       **1783 Washington Road, Ste. 207**
       **East Point, GA 30344**

You are hereby notified that the deposition of **Dr. Rohini Reddy** that was scheduled for March 31, 2003 at 1:00 p.m. eastern (12:00 p.m. central) time at Grandview Behavioral Health, 2202 Gateway Drive, Suite A, Opelika, AL 36801 is hereby cancelled.

                                    McCONNAUGHHAY, DUFFY, COONROD,
                                    POPE & WEAVER, P.A.

                                    Mary L. Wakeman, Esquire
                                    Georgia Bar Number: 730511
                                    McConnaughhay, Duffy, Coonrod,
                                    Pope & Weaver, P.A.
                                    Post Office Drawer 229
                                    Tallahassee, FL 32302-0229
                                    850.222.8121
                                    Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail and Facsimile to Wanda S. Jackson, Esquire, 1783 Washington Road, Ste. 207, East Point, GA 30344; Dr. Rohini Reddy, Grandview Behavioral Health, 2202 Gateway Drive, Suite A, Opelika, AL 36801, and Accredited Courtreporters, Post Office Box 1701, Columbus, GA 31902 on this 26th day of March, 2003.

Mary L. Wakeman, Esquire